# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAGUNA BEACH GOLF & BUNGALOW VILLAGE, LLC d/b/a THE RANCH AT LAGUNA BEACH, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00871-KJM-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Complaint Filed:  May 23, 2022 |

The parties having so stipulated and good cause appearing therefor, the Stipulation to Extend Time to Respond to Initial Complaint by not more than 30 days, is hereby adopted.

**IT IS HEREBY ORDERED:**

Defendant shall have an extension from June 22, 2022 to July 22, 2022, to respond to Plaintiff's Complaint in this action.

**IT IS SO ORDERED.**

DATED:   June 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1